

June 21, 2017

Magistrate Judge David E. Peebles
C/O of Clerk, Northern District of New York
James M. Hanley Federal Building
100 South Clinton Street
Syracuse, New York 13261

Re:   James Doe v. Cornell University, Kunk and McGrath: 3:17-cv-00402-GTS-DEP

Dear Judge Peebles:

    In response to your Text Order, I am providing this Status Report on the Answer due from Defendants.

    The matter was commenced in early May, but later an Amended Complaint was filed and served in late May. Due to the length of the both the original and the Amended Complaint, the Defendant's counsel, Wendy Tarlow, Associate University Counsel, requested an extension of time to Answer until June 30, 2017. Neither she nor I understood that Court approval for such a reasonable extension would or might be required. If mistaken, I apologize to the Court.

    We requested in exchange and she agreed on behalf of all defendants to waive any defense to jurisdiction, venue or service of process. That exchange is in writing and can be provided if need be.

    Therefore, we expect University Counsel will serve and file the Answer on behalf of all defendants by the end of next week. Please advise, if a more formal submission is required or more details desired.

Respectfully yours,

*Bill Shaw*

William R. Shaw
Attorney for Plaintiff

WRS/seb
Cc: Wendy Tarlow, Tara Davis, Andrew Miltenberg, James Doe

---

William R. Shaw
Liam G. B. Murphy

Michelle L. Abruzzo
Natanya E. DeWeese

109 East Seneca Street, Ithaca, NY 14850
607.273.2900 (v) 607.273.2933 (f)
shawlawfirm.com
Ithaca ~ Groton ~ Trumansburg

Paralegals
Bonnie M. Cady
Amy B. Jackson
Sara E. Boutoille
Andrea L. Simoens