

One Lincoln Center | Syracuse, NY 13202-1355 | bsk.com

JONATHAN B. FELLOWS, ESQ.
jfellows@bsk.com
P: 315.218.8120
F: 315.218.8100

July 30, 2018

**VIA ELECTRONIC FILING**

Hon. David E. Peebles
United States District Court
Northern District of New York
Federal Building and U.S. Courthouse
100 South Clinton Street
P.O. Box 7345
Syracuse, New York 13261-7345

Re:   *James Doe v. Cornell University, et al.*
      *Civil Action No.: 3:17-cv-00402 (GTS/DEP)*

Dear Magistrate Judge Peebles:

We represent the defendants in this action. On June 14, 2018 we requested an extension of the deadline to submit Defendants' expert disclosure. Docket No 29. One of the reasons that we asked for an extension was to allow our expert time to determine whether an IME of Mr. Doe would be required, and for time to complete the IME.

Mr. Doe is scheduled to appear for an IME on August 7, 2018. We write to request an additional brief extension in Defendants' deadline to submit their expert disclosure up to and including September 7, 2018 to allow our expert sufficient time to complete his written report following the IME.

We have discussed this request with Plaintiff's counsel, who does not object. We do not object to a corresponding extension in the Plaintiff's deadline to submit any rebuttal expert report until September 28, 2018.

If these deadline extensions meet with your approval, please "so order" below.

Respectfully submitted,

BOND, SCHOENECK & KING, PLLC

Jonathan B. Fellows

JBF/slp

cc:   Tara Davis, Esq. (via ECF)
      Jared Pittman Esq. (via Email)

3188050.2

Attorneys At Law | A Professional Limited Liability Company

Hon. David E. Peebles
July 30, 2018
Page 2

**SO ORDERED** this _____ day of _____, 2018

_____
Hon. David E. Peebles
U.S. Magistrate Judge

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2018, I electronically filed the foregoing Letter Request, dated July 30, 2018, with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

    Andrew Miltenberg, Esq.
    Tara J. Davis, Esq.
    Nesenoff, Miltenberg Law Firm
    363 Seventh Avenue – 5th Floor
    New York, New York  10001
    Telephone:  (212) 736-2260
    Email:  amiltenberg@nmllplaw.com
          tdavis@nmllplaw.com

                                           *s/Jonathan B. Fellows*
                                           Jonathan B. Fellows (101628)