UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JAMES DOE,

               Civil Action No:

               3:17-cv-00402 GTS-DEP

      Plaintiff,

    -against-

CORNELL UNIVERSITY, ELIZABETH MCGRATH,
as agent for Cornell University, and
JODY KUNK-CZAPLICKI, as agent for Cornell
University,

      Defendants.
-----------------------------------------------------------------X

   AND NOW COMES the Plaintiff James Doe ("Plaintiff"), by and through his attorneys, Nesenoff & Miltenberg, LLP, and accepts Defendants Cornell University, Elizabeth McGrath and Jody Kunk-Czaplicki ("Defendants") Offer of Judgment dated August 31, 2018 pursuant to Federal Rule of Civil Procedure 68.

1. Plaintiff hereby accepts Defendants' Offer of Judgment "in the amount of $125,000.00, **exclusive of costs and attorneys' fees accrued to date**, on all causes of action alleged in Plaintiff's Amended Complaint, dated May 12, 2017."

2. As the prevailing party of Plaintiff's 42 U.S.C. § 1983 claims, and Plaintiff's claims under Title IX of the Education Amendments of 1972, Plaintiff will serve his Fee Petition upon the Defendants within fourteen (14) days of the entry of judgment of this acceptance of Defendants' Offer of Judgment.

Dated: New York, New York
    September 7, 2018

                Respectfully Submitted,

                NESENOFF & MILTENBERG, LLP

                By: */s/ Tara J. Davis*
                Andrew T. Miltenberg, Esq. (517014)
                Stuart Bernstein, Esq. (520831)
                Tara J. Davis, Esq. (519928)
                363 Seventh Avenue, Fifth Floor
                New York, New York 10001
                (212) 736-4500
                amiltenberg@nmllplaw.com
                sbernstein@nmllplaw.com
                tdavis@nmllplaw.com

## CERTIFICATE OF SERVICE

      The undersigned certifies that this document was served upon the attorneys of record for each party to the above-entitled cause at the address shown below on September 7, 2018.

Jonathan B. Fellows, Esq.
Suzanne M. Messer, Esq.
BOND, SCHOENECK & KING PLLC
One Lincoln Center
Syracuse, New York 13202
Telephone: 315-218-8000
Email: jfellows@bsk.com
Email: smesser@bsk.com

*Attorneys for Defendants Cornell University, Elizabeth McGrath and Jody Kunk-Czaplicki*

BY:  ☐ U.S. Mail       ☐ Federal Express

      ☐ Hand-Delivery   ☒ Other: Email

_____
Heydy Rodriguez

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JAMES DOE,

                        Plaintiff,

       v.

CORNELL UNIVERSITY, ELIZABETH MCGRATH, as agent for Cornell University, and JODY KUNK-CZAPLICKI, as agent for Cornell University,

                        Defendants.

**OFFER OF JUDGMENT**

Civil Action No.:
3:17-cv-00402 (GTS/DEP)

      Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Cornell University, Elizabeth McGrath, and Jody Kunk-Czaplicki (collectively "Defendants") hereby offer to allow judgment to be taken against them in this action, in the amount of $125,000.00, exclusive of costs and attorneys' fees accrued to date, on all causes of action alleged in Plaintiff's Amended Complaint, dated May 12, 2017.

      This offer will be deemed withdrawn unless Plaintiff serves a written notice of acceptance of the offer within ten (10) days of the date of service. This Offer of Judgment is made for the purposes of Rule 68 only, and neither it nor any judgment that may result from this offer may be construed as an admission that Defendants, or any of them, are liable in this action, or that Plaintiff has suffered any damages.

Dated: August 31, 2018                    BOND, SCHOENECK & KING, PLLC

                                          By: *Suzanne Messer*
                                          Jonathan B. Fellows (101628)
                                          Suzanne M. Messer (514398)
                                          Office and P.O. Address
                                          One Lincoln Center
                                          Syracuse, New York 13202-1355
                                          Telephone: (315) 218-8000

                                          Valerie Cross Dorn (505158)
                                          Jared M. Pittman (518095)
                                          Cornell University
                                          235 Garden Avenue, 300 CCC Building
                                          Ithaca, New York 14853
                                          Telephone: (607) 255-5124

                                          *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that on the 31st day of August, 2018, a true and correct copy of the foregoing Offer of Judgment was served upon the following counsel via E-Mail addressed as follows:

Tara Davis
Stuart Bernstein, Esq.
Nesenoff & Miltenberg, LLP
363 Seventh Avenue, 5th Floor
New York, NY 10001-3904
E-mail: TDavis@nmllplaw.com
E-mail: SBernstein@nmllplaw.com

*Attorneys for Plaintiff*

_____
Suzanne M. Messer