

One Lincoln Center | Syracuse, NY 13202-1355 | bsk.com

**JONATHAN B. FELLOWS, ESQ.**
jfellows@bsk.com
P: 315.218.8120
F: 315.218.8100

October 1, 2018

**VIA ELECTRONIC FILING**

Hon. David E. Peebles
United States District Court
Northern District of New York
Federal Building and U.S. Courthouse
100 South Clinton Street
P.O. Box 7345
Syracuse, New York 13261-7345

Re:   *James Doe v. Cornell University, et al.*
      *Civil Action No.: 3:17-cv-00402 (GTS/DEP)*

Dear Magistrate Judge Peebles:

This will confirm that defendants tendered plaintiff an offer of judgment, which was timely accepted, and plaintiff has now filed the notice of acceptance.

Accordingly, Cornell University consents to the clerk's entry of judgement in accordance with the offer of judgement and acceptance thereof.

Respectfully,

BOND, SCHOENECK & KING, PLLC

Jonathan B. Fellows

JBF/djh

cc:   Tara Davis, Esq. (via ECF)

## CERTIFICATE OF SERVICE

      I hereby certify that on October 1, 2018, I electronically filed the foregoing Letter Brief, dated October 1, 2018, with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

      Andrew Miltenberg, Esq.
      Tara J. Davis, Esq.
      Nesenoff, Miltenberg Law Firm
      363 Seventh Avenue – 5th Floor
      New York, New York  10001
      Telephone:  (212) 736-2260
      Email:  amiltenberg@nmllplaw.com
              tdavis@nmllplaw.com

                                      *s/Jonathan B. Fellows*
                                      Jonathan B. Fellows (101628)